UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BILL LEROY SPIKE,

Plaintiff,

v.

ROBERT FENEIS, FRANK SPENCER, BILL BARHORST, KEN THOLE, KENT LARSON, TOM O'CONNELL, BRIAN OLILLA, and KATHY DARSIE,

Defendants.

Civil No. 01-222 JMR/AJB

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated February 15, 2001, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's claims against Defendants Bill Barhorst, Ken Thole, Kent Larson, Tom O'Connell, Brian Olilla and Kathy Darsie are dismissed pursuant to 28 U.S.C. § 1915A(b); and

2. Plaintiff's claims against the two remaining Defendants, Robert Feneis and Frank Spencer, are allowed to go forward at this time.

DATED: May 17, 2001.

Judge James M. Rosenbaum
U. S. District Court

MAY 18 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK