UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bill Leroy Spike,

Plaintiff,

vs.

Robert Feneis and Frank Spencer,

Defendants.

Civil File No. 01-222 (JMR/AJB)

**ORDER**

Defendants have requested that this Court direct the Plaintiff to serve a copy of all written communications he sends to this Court. In particular, the Defendants contend that they never received a copy of Plaintiff's motions for appointment of counsel and for leave to file a supplemental complaint. These motions prompted the Court's Order dated June 8, 2001 that denied these two motions.[1] In order to allow a full and complete disposition of this case, which necessarily requires input from both sides of the dispute, as well as to comply with Rule 5(a), Federal Rules of Civil Procedure,[2] we direct the Plaintiff to serve all future written communications he sends to the Court on the Defendants' attorney.

---

[1] The Defendants note that they would not have responded to Plaintiff's request for appointment of counsel but would have opposed Plaintiff's motion for leave to file a supplemental complaint. The Defendants have noted that they are worried about other communications that Plaintiff may have with the Court.

[2] Rule 5(a) provides, in pertinent part:

> Except as otherwise provided in these rules . . . every written motion other than one which may be heard ex parte, and every written notice, appearance, demand, offer of judgment, designation of record on appeal, and similar paper shall be served upon each of the parties.

FILED JUN 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**THEREFORE**, It is

**ORDERED**:

That the Defendants' Motion for an Order directing the Plaintiff to serve a copy of all written communications which he has with the Court on Defendants' attorney is **GRANTED**.

Dated: 6-20, 2001.

ARTHUR J. BOYLAN
United States Magistrate Judge