UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bill Leroy Spike,

Plaintiff,

vs.

Robert Feneis and Frank Spencer,

Defendants.

Civil File No. 01-222 (JMR/AJB)

**ORDER**

Based upon all the files, records, and pleadings herein,

IT IS HEREBY ORDERED that:

Defendant's Motion for Extension of the Pre-Trial Order is **GRANTED**. The Pre-Trial Order is extended by three weeks.

Dated: 10/23, 2001.

ARTHUR J. BOYLAN
United States Magistrate Judge

OCT 23 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK