**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Bill Leroy Spike,

Plaintiff,

v.

Robert Feneis and Frank Spencer,

Defendants.

Civil No. 01-222 (JMR/AJB)

**ORDER TO TAKE ACTION ON SUMMARY JUDGMENT MOTION**

---

This matter is before the Court, Magistrate Arthur J. Boylan, on defendants' motion for summary judgment, filed November 21, 2001. Plaintiff is a pro se prisoner whose complaint alleges violation of civil rights under 42 U.S.C. §1983. Defendants assert that plaintiff's suit is barred by Eleventh Amendment immunity; that plaintiff's constitutional claims are without merit; that plaintiff was not denied due process; that plaintiff's retaliation claim is without merit; and that defendants are entitled to qualified immunity. Kari Jo Ferguson, Esq., Assistant Attorney General, represents the defendants.

**IT IS HEREBY ORDERED THAT:**

Plaintiff shall have until December 28, 2001, to submit a memorandum response to defendants' motion for summary judgment. Plaintiff's responsive memorandum must be filed with the Court and served upon defendants before December 28, 2001, at which time the motion for summary judgment will be considered fully briefed and ready for determination. Failure to provide a timely written response addressing each of the bases for dismissal will result in



NOV 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

consideration of the motion without argument from the plaintiff.

Dated: 11/29/01

Arthur J. Boylan
United States Magistrate Judge