Tue Oct 26 10:40:39 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 277509
Cashier sheri

Tender Type CHECK

Check Number: 2541

Transaction Type AR

| AO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 085992 |

Amount $ 50.00

BILL SPIKE 0:01-CV-00222

FINAL PAYMENT OF PRISONER FILING FEE

SCANNED

U.S. DISTRICT COURT ST. PAUL